UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
MOSHE MANESS, on behalf of himself and all
others similarly situated,,

     Plaintiffs,

 -against-

YARDI SYSTEMS, INC.,

     Defendant.
-------------------------------------------------------------------x

No. 20-cv-31

## DEFENDANT YARDI SYSTEMS, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yardi Systems, Inc. ("Yardi") certifies that (i) it has no parent corporation; and (ii) no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
   January 2, 2020

               OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, P.C.

               By: /s/ Evan B. Citron
                 Evan B. Citron
                 Erik D. Mass
               599 Lexington Avenue, 17th Floor
               New York, NY 10022
               212.492.2500
               evan.citron@ogletree.com
               erik.mass@ogletree.com

               *Attorneys for Defendant*
               *Yardi Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I served, via the CM/ECF system, a true and correct copy of the foregoing Defendant Yardi Systems, Inc.'s Rule 7.1 Disclosure Statement upon all parties registered to receive electronic notice.

*/s/ Evan B. Citron*
Evan B. Citron

41281423.1