UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
MOSHE MANESS, on behalf of himself and all
others similarly situated,

                Plaintiffs,

                Case No. 20-cv-00031

   v.

YARDI SYSTEMS, INC.,

                Defendant.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Erik D. Mass of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 599 Lexington Avenue, 17th Floor, New York, New York 10022, hereby enters his appearance as counsel for Defendant Yardi Systems, Inc. ("Defendant") in the above-captioned matter.

Dated: New York, New York
       January 9, 2020

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: _s/ Erik D. Mass_
    Erik D. Mass
599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
erik.mass@ogletree.com

*Attorneys for Defendant*
*Yardi Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2020, I served, via the Court's electronic filing system, a true and correct copy of the foregoing Notice of Appearance upon all parties registered to receive electronic notification.

        */s/ Erik D. Mass*
        Erik D. Mass